FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 20 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

Bowen    2372250
(Last Name)    (Identification Number)

Bradley    Stephen
(First Name)    (Middle Name)

Texas Dept. of Criminal Justice
(Institution)

1391 F.M. 3328 Tennessee Colony, TX 75880
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.

Lawrence County, Sheriffs Office
Sheriff Ryan Everett
Clint Hedgpeth "deputy"
Garret Bradford "deputy"
Kyle Smith "deputy"

(Enter the full name of the defendant(s) in this action)

CIVIL ACTION NUMBER: 2:22-cv-145-TBM-RPM
(to be completed by the Court)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( )    No (X)

B. Are you presently incarcerated?
Yes (X)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )    No (X)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( )    No (X)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )    No (X)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )    No (X)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Bradley S. Bowen       Prisoner Number: 2372280

Address: 1391 F.M. 3328 Tennessee Colony, Tx 75880

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Ryan Everett       is employed as Sheriff

at Lawrene County, MS, Sheriffs office

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Bradley S. Bowen        ADDRESS: 1391 F.M. 3328 Tennessee Colony, Tx 75880

DEFENDANT(S):

NAME:                              ADDRESS:
Clint Hedgpeth              1565 F.E. Sellers Hwy Monticello, MS 39654
Ryan Everett                1565 F.E. Sellers Hwy Monticello, MS 39654
Kyle Smith                  1565 F.E. Sellers Hwy Monticello, MS 39654
Garret Bradford             1565 F.E. Sellers Hwy Monticello, MS 39654

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**

The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _____
   _____

2. Court (if federal court, name the district; if state court, name the county): _____
   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____
   _____

CASE NUMBER 2.
1. Parties to the action: _____
   _____

2. Court (if federal court, name the district; if state court, name the county): _____
   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____
   _____

Page 3 of 4

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

See Attached for claim, Legal claim, and relief

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Signed this 12th day of October, 20 22.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Bradley Ben
Signature of plaintiff

Facts of complaint

1.) On Feb. 23, 2021 at six a.m. Lawrence County, MS, Sheriff Ryan Everett and deputies Clint Hedgpeth, Garret Bradford, Kyle Smith and at least three other unknown deputies entered through a no trespassing gate and pulled up to plaintiff Bradley S. Bowen's residence acting in official capacity.

2.) They announced "Ryan Everett" announced that they had a search warrant on P.A. Without any delay at all Bowen's door was torn off the frame.

3.) Deputy Hedgpeth was first through door, Bowen offered no resistance and with his hands in the air Hedgpeth tackled Bowen and choked him unconscious. When Bowen regained consciousness he was handcuffed and on his front porch in below freezing temps.

4.) Bowen asked repeatedly for a copy of search warrant or any warrant repeatedly and was denied

5.) Bowen asked that his rights be recognized to which he was denied and thrown in a deputy car.

6.) Bowen asked that they please stop destroying his house which is deemed a Historical Monument by Lawrence County Historical Society which they denied him.

7.) At aproximatly 7 a.m. Feb 23rd Bowen again asked to see any warrant to which he was denied and taken to Lawrence County Jail and put in an Isolation cell.

8.) Sheriff and deputies continued for hours to search house, destroy property, and break into and sieze property of a locked vehicle on Bowen's property belonging to someone else. a.) Destroyed security camera system b.) siezed cellphone from house c.) siezed laptop from a vehicle not belonging to plaintiff

9) At approximatly around 4 p.m. same day, Sheriff Ryan Everett came to plaintiffs isolation cell and told plaintiff he was being held on a F.T.A. warrant from Anderson County, TX and would he like to waive his rights to Extradition process to which Bowen denied, and asked to see either search or arrest warrant and that he be majistrated on extradition. To which he was denied all.

10.) Bowen asked then were any charges being pressed and even to be fingerprinted He was told no charges were being sought and that fingerprinting and miranda rights weren't of his concern.

11.) At no time over next fourty-nine days did Bowen ever leave back of jail, or have any due process rights recognized.

Or see any warrant or any charges pressed against Bowen

12.) Bowen's daughter Josie Bowen over the next several weeks asked for property to be returned and to see any warrant to which she was denied. And told by Garret Bradford "deputy" that deputy Clint Hedgpeth was riding around with Bowen's siezed property in his car. Bowen's daughter also asked for repair's to Bowen's house to be paid, to which she was told Bowen was pulled over, a complete untruth.

13.) Over next few weeks Bowen was asked to waive rights repeatedly to which Bowen denied and excersised his rights to due process to which he was denied entire time he was held captive.

14.) No property was ever returned to Bowen's family to date

15.) Bowen exhausted all grievance process at jail

16.) Bowen's fiance Amanda Thompson filed formal complaints with Lawrence County Justice Court for Color of Law Violations Civil and Constitutional violations of Bowen. Also that no search or arrest warrant

or return of service was ever filed at court, or that Bowen had ever been majistrated or had an extradition hearing or list of siezed property or any of his rights recognized in the entire fourty-nine days of captivity.

17.) Bowen's family lodged complaints with A.C.L.U. of MS, Senator Cindy Hyde-Smith, and F.B.I on 9-9-21

18.) After fourty-nine days, no charges were ever pressed

19.) Fourty-nine days after Feb 23, 2021 Bowen was told to pack up his belongings. Bowen was then taken without fingerprinting or any process that would prove who he was or that he had been there was taken to Lake Charles, LA and dropped off with a Anderson County, Tx deputy and the two unknown jailers left him.

x /s/ Bradley Bowen

x Bradley Bowen 2372280

Date: 10-12-22

Legal Claims:

1) Plaintiff Bowen realleges and incorporate by reference paragraphs 1-19 in statement of facts

2) The illegal search and siezure, choking, illegal detention, deliberate indifference to medical needs, no due process, and unsafe conditions violated plaintiff Bradley S. Bowen's rights and constituted unreasonable searches and siezures, shall not be violated, and no warrants shall issue under Constitutional Amendment IV, Choking and deliberate indifference to medical needs violates cruel and unusual punishment under Constitutional Amendment VIII, No magistration or hearing on extradition or showing of any warrant and illegal detention violate due process of law in Constitutional Amendment V, and XIV and Art. 51.13 of the U.C.E.A act. Defendants showed malicious and evil intent throughout fourty-nine days

3) The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the relief which plaintiff seeks.

x /s/ Bradley Bowen
x Bradley Bowen 2372280

Date: 10-12-22

Prayer for Relief

1) Wherefore, plaintiff respectfully pray that this court enter judgement

2) A declaration that the acts and omissions described herein violated plaintiffs rights under the Constitution and laws of the United States

3) A preliminary and permanent injuction ordering defendents to stop the deliberate indifference shown to plaintiff against inmates at Lawrence County Jail "Defendants are Ryan Everett, Kyle Smith, Garret Bradford, and Clint Hedgpeth."

4) Granting plaintiff compensatory damages in the amount 490,000 against municipality of Lawrence County, MS

5) Granting plaintiff nominal damages in the amount of 100,000 agaist defendants jointly and severally

6) Granting plaintiff punitive damages against Clint Hedgpeth for 50,000

## Prayer for Relief

7) Granting plaintiff compensatory damages in the amount of 100,000 against each defendant jointly and seperatly

8) Granting plaintiff nominal damages in the amount of 100,000 against Lawrence County Sheriffs office and Lawrence County, MS.

9) Plaintiff also seeks a jury trial on all issues triable by jury

10) Plaintiff also seeks recovery of their costs in this suit, and

11) Any additional relief this court deems just, proper, and equitable

x _/s/ (signature)_

x Bradley Bowen

Date: 10-12-22