**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**BRADLEY STEPHEN BOWEN**                                                                **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 2:22-cv-00145-RPM**

**CLINT HEDGPETH**                                                                          **DEFENDANT**
*Deputy*

## JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The Court desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all claims against all parties, with each party to bear its own costs. The Court will retain jurisdiction over this lawsuit solely for the purpose of enforcing any agreement governing its resolution and dismissal.

**SO ORDERED AND ADJUDGED**, this 11th day of March, 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE